# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     LEODIS JONES, JR., Debtor                    Case No. 22 – 00958 – JAW
                                                                              CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before March 27, 2023 (30 days), you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 23, 2023          Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    LEODIS JONES, JR., Debtor           Case No. 22 – 00958 – JAW
                                              CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 05/19/2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That debtor has experienced a change in income and expenses. Amended Schedules I and J have been filed at Dk# 42.
3. Debtor wishes for the following changes to be made to their bankruptcy:
    a. That the plan payment should be lowered to $1,004 per month, or a higher amount to the extent necessary to pay secured and priority creditors. That unsecured creditors shall receive the fund remaining after disbursements have been made to all other creditors provided for in the Plan.
4. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                Respectfully submitted

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 23, 2023, to:

By Electronic CM/ECF Notice:

    Harold Barkley

    U.S. Trustee

                             <u>/s/ Thomas C. Rollins, Jr.</u>
                               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>  LEODIS JONES, JR | CASE NO: 22-00958<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/23/2023, I did cause a copy of the following documents, described below,

30 Day Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/23/2023

                                               /s/ Thomas C. Rollins, Jr
                                               Thomas C. Rollins, Jr  103469

                                               The Rollins Law Firm, PLLC
                                               PO Box 13767
                                               Jackson, MS  39236
                                               601 500 5533
                                               trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LEODIS JONES, JR | CASE NO: 22-00958<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 2/23/2023, a copy of the following documents, described below,

30 Day Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/23/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-00958<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU FEB 23 9-33-22 PST 2023 | EXETER FINANCE LLC  CO AIS PORTFOLIO<br>SERVIC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~US BANKRUPTCY COURT~~<br>~~501 EAST COURT STREET  SUITE 2300~~<br>~~PO BOX 2448~~<br>~~JACKSON  MS 39225-2448~~ |
| ARMS<br>1410 INDUSTRIAL PARK R<br>PARIS  TN 38242-6099 | ACE CASH EXPRESS<br>1231 GREENWAY DR<br>STE 600<br>IRVING  TX 75038-2511 | ADVANCE AMERICA<br>4237B LAKELAND DR<br>FLOWOOD  MS 39232-9212 |
| BANKPLUS<br>1068 HIGHLAND COLONY PARKWAY STE 200<br>RIDGELAND  MS 39157-8807 | BAPTIST MEDICAL<br>STATE STREET<br>FLOWOOD  MS 39232-9099 | BAPTIST MEDICAL CENTER<br>1190 N STATE ST<br>JACKSON  MS 39202-2413 |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 | CASH NET USA<br>200 WEST JACKSON BLVD<br>14TH FLOOR<br>CHICAGO  IL 60606-6929 | CHECK INTO CASH<br>CUSTOMER SERVICE DEPT<br>PO BOX 550<br>CLEVELAND  TN 37364-0550 |
| COMMUNITY FINANCE<br>1573 US 49<br>STE 3<br>MAGEE  MS 39111 | COURTNEY  CAMP<br>PO BOX 529<br>JACKSON  MS 39205-0529 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS  NV 89193-8873 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DIRECTTV<br>PO BOX  5007<br>CAROL STREAM  IL 60197-5007 |
| EOS CCA<br>700 LONGWATER DR<br>NORWELL  MA 02061-1624 | (P)EVERGREEN SERVICES<br>PO BOX 834<br>LAC DU FLAMBEAU WI 54538-0834 | EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES  LP<br>4515 N SANTA FE AVE  DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| EXETER FINANCE LLC<br>PO BOX 166097<br>IRVING  TX 75016-6097 | GENESIS BANKCARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 | GREEN TRUST<br>153 MALDEN LN<br>3RD FLOOR<br>SAN FRANCISCO  CA 94108-5301 |
| GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | HOLLIS COBB ASSOCIATES<br>4366 PARK DRIVE<br>NORCROSS  GA 30093-2959 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD 136<br>WILLIAMSVILLE  NY 14221-4117 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JACOB LAW GROUP<br>2623 WEST OXFORD LOOP<br>OXFORD   MS 38655-5442 | JENNIFER ANN CURRY CALVILLO<br>ATTORNEY FOR DEBTOR<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG   MS 39401-3836 | JEPTHA F BARBOUR<br>PO BOX 199<br>RIDGELAND   MS 39158-0199 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | MS PHYSICIANS LLP<br>75 REMITTANCE DR<br>STE 1151<br>CHICAGO  IL 60675-1151 |
| MSDHS<br>ATTN CONSTANCE MORROW<br>PO BOX 352<br>JACKSON   MS 39205-0352 | MARINER FINANCE<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 | ~~EXCLUDE~~<br>~~(D)MARINER FINANCE   LLC~~<br>~~8211 TOWN CENTER DRIVE~~<br>~~NOTTINGHAM   MD 21236-5904~~ |
| MONEY LION<br>PO BOX 1547<br>SANDY  UT 84091-1547 | NICOLE JORDAN<br>25 SALLY GARY RD<br>WAYNESBORO  MS 39367-9082 | ONE MAIN FINANCIAL<br>1425 LAKELAND DR<br>STE 120A<br>JACKSON  MS 39216-4725 |
| ONE MAIN FINANCIAL<br>795 WOODLANDS PKWY<br>SUITE 230<br>RIDGELAND   MS 39157-5236 | ONEMAIN FINANCIAL GROUP   LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | OPP LOANS<br>130 E RANDOLPH ST<br>STE 1650<br>CHICAGO   IL 60601-6241 |
| PHEONIX FINANCIAL SERV<br>PO BOX  361450<br>INDIANAPOLIS  IN 46236-1450 | RMP<br>200 N NEW ROAD<br>WACO   TX 76710-6932 | RADIOLOGICAL GROUP<br>1851 S ALVERNIA RD<br>MANITOWOC  WI 54220-9208 |
| REGIONS BANK<br>PO BOX 10063<br>BIRMINGHAM   AL 35202-0063 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE  SC 29601-2768 |
| RISE CREDIT<br>PO BOX 101808<br>FORT WORTH   TX 76185-1808 | SANTANDER CONSUMER USA<br>1601 ELM ST<br>STE 800<br>DALLAS   TX 75201-7260 | (P)SEQUIUM ASSET SOLUTIONS   LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 |
| SMITH ROUCHON   ASSOC<br>1456 ELLIS AVENUE<br>JACKSON  MS 39204-2204 | ST DOMINC<br>PO BOX 321472<br>FLOWOOD  MS 39232-1472 | ST DOMINIC HOSPITAL<br>PO BOX 24056<br>JACKSON   MS 39225-4056 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
                                        EXCLUDE
(P)TOWER LOAN                           UNITED STATES TRUSTEE            UPROVA CREDIT
P O BOX 320001                          501 EAST COURT STREET            635 HWY 20 V
FLOWOOD MS 39232-0001                   SUITE 6-430                      UPPER LAKE  CA 95485
                                        JACKSON  MS 39201-5022


EXCLUDE                                                                  DEBTOR
HAROLD J BARKLEY JR                     JENNIFER A CURRY CALVILLO        LEODIS JONES JR
PO BOX 4476                             THE ROLLINS LAW FIRM             694 OLD RICE RD
JACKSON  MS 39296-4476                  702 W PINE ST                    MADISON  MS 39110-8738
                                        HATTIESBURG  MS 39401-3836



THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```