SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: April 20, 2023

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

LEODIS JONES, JR.                                                    22-00958 – JAW

### AGREED ORDER

THIS CAUSE came before the Court on the Debtor's Motion to Modify Plan (DK # 43) and the Trustee's Response (DK # 44); and the parties agree as follows:

THAT, the Debtor's Motion to Modify is granted.

THAT, the Debtor's wage deduction order is hereby reduced to $1,004.00 monthly with the Trustee to determine the proper percentage distribution to unsecured creditors.

##END OF ORDER##

AGREED:

_____/s/ Joshua C. Lawhorn_____                    _____/s/ Thomas C. Rollins, Jr._____
JOSHUA C. LAWHORN – MSB # 103902                      THOMAS C. ROLLINS, JR.
ATTORNEY FOR TRUSTEE                                  ATTORNEY FOR DEBTOR
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM